IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR411-001
)
KORREY S. JONES, )
)
Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 69), to which objections have been filed (Doc. 74). After a careful de novo review of the record, the Court finds Defendant's objections[1] to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Defendant's Motion to Dismiss Counts One, Two, and Three of the Indictment (Doc. 39) is **DENIED**.

SO ORDERED this 29th day of July 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant did not offer any substantive argument to support his position that the indictment should be dismissed. Rather, he simply stated that his objection was for the purpose of preserving the issue for appeal. (Doc. 74 at 1.)